UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARITA STERLING-WARD,
Next Friend of Sharonda Sterling, a minor,

        Plaintiff,        No. 05-CV-70424-DT

vs.        Hon. Gerald E. Rosen

EDWARD TUJAKA, MICHAEL
ALMERANTI and LISA MONTICELLO,

        Defendants.
_____/

## JUDGMENT

  At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    2/14/06

PRESENT:  Honorable Gerald E. Rosen
                  United States District Judge

The Court having this date entered and Opinion and Order granting Defendants' Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment, and dismissing Plaintiff's Complaint in its entirety, with prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that a JUDGMENT

OF DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

          s/Gerald E. Rosen
          Gerald E. Rosen
          United States District Judge

Dated: February 15, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 15, 2006, by electronic and/or ordinary mail.

          s/LaShawn R. Saulsberry
          Case Manager